UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

United States of America

vs                                                                1:07-cr-290 (FJS)

Steve Chevrefils
14381-052

                            Defendant

---

## ORDER AMENDING JUDGMENT IN A CRIMINAL CASE

The October 13, 2009 self surrender date ordered by the Court in the criminal judgment dated September 17, 2009 has been extended. Further, the Court recommends to the Bureau of Prisons that the defendant be considered for re-designation to a facility closer to his family. Therefore it is hereby

**ORDERED** that the defendant shall self surrender to the custody of the United States Marshal for the Northern District of New York or the institution designated by 2:00pm on October 27, 2009. It is further

**ORDERED** that all other terms of the judgment remain the same.

**IT IS SO ORDERED.**

**October 13, 2009**
**Syracuse, New York**

                                                Frederick J. Scullin, Jr.
                                                Senior United States District Court Judge